IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
| KAISER CONSTRUCTION, INC. | : | CASE NO. 05-06173(SEK) |
| DEBTOR | : | CHAPTER 11 |
| | : | |
| PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | : | ADV. PROC. 06-0051 |
| PLAINTIFF | : | |
| V. | : | |
| KAISER CONSTRUCTION, INC.; UNITED STATES FIDELITY AND GUARANTY CO.; EUROBANK | : | |
| DEFENDANTS | : | |

**FILED & ENTERED**

OCT 17 2006

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

## OPINION AND ORDER

In this interpleader, United States Fidelity and Guaranty Co. ("surety"), and Eurobank have filed motions for the withdrawal of funds deposited by the Puerto Rico Highway ("PRHTA") stemming from a contract executed by PRHTA and the Debtor, Kaiser Construction, Inc. (hereinafter "Debtor"). We deny both motions for lack of subject matter jurisdiction.

## BACKGROUND

Debtor and PRHTA executed a contract to build a bridge over the Fajardo River in Fajardo, Puerto Rico (project AC-019406). The surety guaranteed its completion with a payment and performance bond in favor of PRHTA. Beside completion of the bridge, the bond also guaranteed payment of all project claims for labor and materials.

In 2003, Debtor assigned its rights over the account receivables in two projects, including the Fajardo project, to Eurobank as security for payment of loans.  Eurobank perfected its security interest in these projects by recording a financing statement at the Puerto Rico State Department.

On December 2004, Kaiser defaulted on the construction contract, and the surety was called upon to perform under the bond.  Around that time, Kaiser also defaulted on its loan payments to Eurobank.

Beginning in May, 2005, the surety paid the claims for labor and materials of the Fajardo project.  As of December 2005, these payments exceeded $900,000.  A takeover agreement was signed with PRHTA, and the surety hired CD Builders, Inc. to finish building the bridge, paying for their services as well.

Meanwhile, on July 5, 2005, Kaiser filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code.  PRHTA filed this interpleader involving a payment of $597,754.16 earned before the default, but not paid to Kaiser.  Kaiser agreed these funds do not form part of the estate, and should be delivered to the surety.  Before we were able to order the delivery of these funds to the surety, Eurobank filed a motion to intervene.  We granted the motion, and this litigation ensued.



### DISCUSSION

Pursuant to the case of *National Shawmut Bank of Boston v. New Amsterdam Casualty Co., Inc.*[1], the Debtor and its estate in bankruptcy have no interest in the funds deposited by PRHTA.

---

[1]   411 F. 2d 843, 848 (1st Cir. 1969).

Therefore, this is a controversy between creditors of the estate, unrelated to the administration of this case arising under Title 11 U.S.C., over which we have no subject matter jurisdiction. 11 U.S.C. § 1334 (a) and *Wood v. Wood (In the Matter of In re Wood)*, 825 F. 2d 90 (5th Cir. 1987).

WHEREFORE, both motions are dismissed for lack of subject matter jurisdiction. We order the Clerk to return the $597,754.16 (plus accrued interest and less charges set by law) to PRHTA forthwith, and set the counterclaim for a pretrial hearing in December, 2006.

**SO ORDERED,** in San Juan, Puerto Rico, on October 11, 2006.

SARA DE JESÚS
U.S. Bankruptcy Judge